UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REBECCA MALONE O/B/O
H.M., a minor,

        Plaintiff,

vs.

                              Case No. 15-CV-10226
                              HON. GEORGE CARAM STEEH
                              MAG. JUDGE ANTHONY P. PATTI

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

_____/

ORDER ACCEPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION [DOC. 23]

      This matter is before the court on the parties' cross-motions for summary judgment as to plaintiff Rebecca Malone's claim for judicial review of defendant Commissioner of Social Security's ("Commissioner") denial of her application for supplemental security income on her minor child H.M.'s behalf. Magistrate Judge Patti issued a report and recommendation recommending that plaintiff's motion for summary judgment be granted, defendant's motion for summary judgment be denied, the Commissioner's non-disability finding be reversed, and this matter be remanded to the Commissioner and the ALJ under Sentence Four of 42 U.S.C. § 405(g).

      The court has reviewed the file, record, and magistrate judge's report and recommendation.  Objections to that report have not been filed by either party and the time period for doing so has expired.  The failure to file objections to a report and recommendation generally constitutes a waiver of the right to appeal the judgment of

-1-

the district court.  *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *Alspaugh v. McConnell*, 643 F.3d 162, 166 (6th Cir. 2011).  Accordingly,

IT IS HEREBY ORDERED that the court ACCEPTS and ADOPTS the magistrate judge's report and recommendation (Doc. 23).

IT IS FURTHER ORDERED that plaintiff's motion for summary judgment (Doc. 18) is GRANTED and the Commissioner's motion for summary judgment (Doc. 21) is DENIED for the reasons set forth in the report and recommendation.

IT IS FURTHER ORDERED that the Commissioner's non-disability finding is REVERSED.

IT IS FURTHER ORDERED that this matter be remanded to the Commissioner pursuant to sentence four of § 405(g) for further proceedings (1) to consider H.M.'s impairments with respect to the domain of "caring for yourself," and (2) to clarify or further develop the analysis of H.M.'s impairments in the domain of interacting and relating with others.

Dated:  January 5, 2016

>                              s/George Caram Steeh
>                              GEORGE CARAM STEEH
>                              UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
January 5, 2016, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk

---